UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SERGIO MARTINEZ,

        Plaintiff,

  v.

SHERRA D. MILLER et al,

        Defendant.

Case Number: CV07-06001 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Martinez #1150152
Hughes Unit
Route 2 Box 4400
Gatesville, TX 76597

Dated: December 12, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk